**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARTHA MATTHEWS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. 4:13cv291 |
| | § | Judge Clark/Judge Mazzant |
| BANK OF AMERICA, N.A., as successor | § | |
| by merger to BAC HOME LOANS | § | |
| SERVICING, L.P., and FEDERAL | § | |
| NATIONAL MORTGAGE | § | |
| ASSOCIATION and PROSPER BANK, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 23, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that defendant Prosper Bank's Motion for Judgment on the Pleadings [Doc. #17] be granted in part and denied in part.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that defendant Prosper Bank's Motion for Judgment on the Pleadings [Doc. #17] is GRANTED in part and Plaintiff's claims for violations of RESPA, breach

of contract, and negligent misrepresentation are DISMISSED as to Prosper Bank. The motion is denied as to the claim for fraudulent inducement.

So **ORDERED** and **SIGNED** on September 19, 2013.

_____
Ron Clark, United States District Judge