**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARTHA MATTHEWS, | § § | |
| *Plaintiff,* | § § | |
| V. | § § | CASE NO. 4:13cv291 |
| | § | Judge Clark/Judge Mazzant |
| BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, L.P., and FEDERAL NATIONAL MORTGAGE ASSOCIATION, | § § § § § § | |
| *Defendants.* | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 25, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Bank of America, N.A. and Federal National Mortgage Association's Motion for Summary Judgment [Doc. #35] be granted in part and denied in part.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendants Bank of America, N.A. and Federal National

Mortgage Association's Motion for Summary Judgment [Doc. #35] is **GRANTED** in part and Plaintiff's fraud and negligence claims are **DISMISSED** with prejudice. The remainder of the motion is denied.

So **ORDERED** and **SIGNED** this **22** day of **May, 2014.**

_____
Ron Clark, United States District Judge